Law Offices of Shawn R. Perez
SHAWN R. PEREZ, ESQ., CSBN 164228
633 South Fourth Street, Suite 7
Las Vegas, NV 89129
shawn711@msn.com
(949) 492-9545
(702) 383-6603 *Facsimile*

Attorneys for Claimants

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

CV 12-04896 CAS (RZx)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> REAL PROPERTY LOCATED AT 13840 ROSECRANS AVENUE, SANTA FE SPRINGS CALIFORNIA (SIERRA) <br><br> Defendant. <br><br> BASILIO A. SIERRA AND LISA A. SIERRA <br><br> Titleholder/Claimants. | CASE NO.: CV-04896(CAS) (RZx) <br><br> **STATEMENT OF INTEREST PURSUANT TO SUPPLEMENTAL RULE G(5)(a)** <br><br> **(CLAIM TO DEFEND)** |

Claimants, BASILIO A. SIERRA and LISA A. SIERRA, file their verified claim praying for the release and restitution of the Real Property that is the subject of this forfeiture complaint.

As grounds for this claim, claimants states the following:

1. We are the owners of the subject seized Real Property Located at 13840 Rosecrans Avenue, Santa Fe Springs California and we hereby demand its restitution and claim the right to defend this action.

///

Claim to Defend
1

ORIGINAL


## VERIFICATIONS

1. I, BASILIO A. SIERRA, do hereby verify that I have read the foregoing claim, and declare under penalty of perjury that the allegations stated herein are true and correct.

Executed on this 20 day of June, 2012.

*[signature]*
Claimant, BASILIO A. SIERRA

I, LISA A. SIERRA, do hereby verify that I have read the foregoing claim, and declare under penalty of perjury that the allegations stated herein are true and correct.

Executed on this 20 day of June, 2012.

*[signature]*
Claimant, LISA A. SIERRA

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT<br>13840 ROSECRANS AVENUE,<br>SANTA FE SPRINGS<br>CALIFORNIA (SIERRA)<br><br>Defendant. | CASE NO.: CV-04896(CAS) (RZx)<br><br>**DECLARATION OF SERVICE** |

I, Shawn R. Perez, am employed in the County of Clark, State of Nevada. I am over the age of 18 and not a party to the within action; my mailing address is 633 South Fourth Street, Las Vegas, Nevada 89101.

On June 21, 2012, I served the foregoing documents described as CLAIM TO DEFEND on the interested parties in the above entitled action by depositing in the United States Post Office in Las Vegas, Nevada and addressed as follows or through the CM/ECF system:

OFFICE OF THE UNITED STATES ATTORNEY
GREG PARHAM
United States Courthouse, 14th Floor
312 North Spring Street
Los Angeles, CA 90012

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2012, at Las Vegas, Nevada.

/s/ *Shawn R. Perez, Esq.*

Shawn R. Perez, Esq.

Claim to Defend
3