USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 2:12-cv-04896-CAS-RZ Document 7 Filed 07/12/12 Page 1 of 1 Page ID #:35

**U.S. Department of Justice**
United States Marshals Service

RECEIVED C/CA
U.S. MARSHALS SERVICE
2012 JUN 15 PM 3: 52

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

#229

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CV 12-04896-CAS (RZx) |
| DEFENDANT<br>Real Property Located at 13840 Rosecrans Avenue, Santa Fe Springs, California (Sierra) | TYPE OF PROCESS<br>Complaint/Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

FILED
CLERK, U.S. DISTRICT COURT
JUL 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

#1 JDIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA P. GREG PARHAM
U.S. COURTHOUSE
312 NORTH SPRING STREET, 14TH FLOOR
LOS ANGELES, CA 90012

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

2012 JUN 29 PM 1: 23
U.S. MARSHALS SERVICE
RECEIVED C/CA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please post and walk.
CATS ID 12-DEA-566455.

| Signature of Attorney other Originator requesting service on behalf of:<br>P. Greg Parham | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(213) 894-6528 | DATE<br>6/14/12 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 12 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/18/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date<br>6/28/12 | Time<br>0930 | ☒ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee<br>55.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>55.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: Posted property

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00